IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REV. CALVIN WARREN I THES. 2:4**                                                                 **PLAINTIFF**

v.                                            No. 4:13-cv-00141 KGB

**FEDERAL GOVERNMENT,**
**PREJUDICE WHITE RACE!**
**and PREJUDICE BLACK RACE**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

SO ADJUDGED this 20th day of November, 2013.

_____
Kristine G. Baker
United States District Judge